# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DERRYLE S. MCDOWELL,

        Petitioner,        Case No. 05-C-498

        v.

PHILLIP KINGSTON, Warden,
Waupun Correctional Institution,

        Respondent.

## OPINION AND ORDER

        Phillip Kingston, the Warden of the Waupun Correctional Institution, has answered Derryle McDowell's Petition for a writ of habeas corpus and has denied that McDowell is entitled to relief.  In order to resolve the issues raised, the court ORDERS that, on or before August 5, 2005, the Petitioner shall serve and file a brief and any other papers in support of his Petition.  The Respondent shall serve and file a response on or before September 5, 2005, and the Petitioner may serve and file a reply on or before September 27, 2005.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 24th day of June, 2005.


        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge